

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Deborah Dearing,

\* From the 350th District
Court of Taylor County,
Trial Court No. 9783-D.

Vs. No. 11-12-00105-CR

\* April 30, 2014

The State of Texas,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded.